MARLENE MORRIS, Respondent, v CHRISTOPHER J. SCHEPP et al., Appellants. [852 NYS2d 872]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.